IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:08CR3119 |
| STEPHANIE NIELSEN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Deadline for Filing Motion for Variance and Continue Sentencing Hearing, filing 19, from May 4, 2009, for approximately two weeks and to continue the sentencing date now set for May 19, 2009, for approximately two weeks. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's Motion for Variance shall now be due on the 18th day of May, 2009, and the sentencing hearing shall be continued until the 2nd day of June, 2009, at 2:30 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by extending the Defendant's deadline and continuing Defendant's sentencing hearing.

Dated this 4th day of May, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge